**This is a suit to recover damages from ANY one WHO FAILS to prevent the deprivation of my rights** 28 § 1343

Thomas James Rockroads III Not the strawman.
Tribal land of the Cheyenne under US Treaty.

**RECEIVED**

**JAN 22 2016**

US DISTRICT COURT, DISTRICT 9
BILLINGS MONTANA

CLERK, U.S. DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS, MONTANA

| | |
|---|---|
| Thomas James Rockroads III, Not the strawman. (Use of an all capital names, is fraud on the court. They are neither granted a title of nobility nor are they a business, they are living people.) </br></br>Vs. Co-Litigants per 28 § 1343 JUDGE *SUSAN WATERS*, FBI-USDOJ *STEVE LOWE*, ARRESTING OFFICER CHIEF *DONOVAN WIND* & *RANDY ELLIOTT*, DOJ, *ELIZABETH HALL* & *DONNA FALLSDOWN* OF THE BIA-OJS-DV, STATE OF MONTANA, AS A FOREIGN STATE, BY DOMESTIC TERRORIST ACTS BY THE "CIVIL SERVANTS" SENATORS; *JOHN TESTER, STEVE DAINES*, REPRESENTATIVE, *RYAN ZINKE*, instrumentalities thereof. Dereliction of your sworn duty is no excuse, for striking against the constitutional form of government. | **Case; ttcoo1-2015**</br>**BIA-2013-00380**</br></br>**Question of jurisdiction.** Plaintiff claims Cheyenne jurisdiction pursuant to Article III § 2 which extends the jurisdiction to cases arising under treaties. An order of any court can be reviewed: this case has been deemed corum non judice, without jurisdiction. FRCP 13 mandatory counter-claim for damages. **"AS ANY PERSON" to bring a suit against and recover damages from ANY PERSON WHO FAILS to prevent the deprivation of my rights** 28 § 1343. |

1.  Unconstitutional Star Chamber proceeding in order to commit piracy, kidnapping, false charges, and genocide.
2.  Perjury of a civil servant to commit kidnapping 18 USC 241 & 242 and 42 USC 1001.
3.  Agents and actors committing acts of 1918 violation.
4.  ET AL Respondents, ( Estate of Macias v. Lopez, 42 F. Supp.2d 957, 962 (N.D. Cal. 1999). 15 million per defendant who have committed the violation of Constitutional rights by custom & policy.
5.  TOTAL 9 defendants time violations is the sum of 135 million, reserving the right to add defendants as they become known. Fail to submit to superior jurisdiction, and become a party to the case under 1343.
6.  Time spent falsely arrested is 1,051,200,000. Tenth Circuit Federal Court of Appeals (West) upheld an award of $100,000 against the city and $2,100 against the police officers. As a result of a 23 minute improper stop of a motorist, the Eleventh Circuit Federal court of Appeals (South East) upheld a jury award of $25,000. Trezevant v. City of Tampa, 741 F.2d 336 (llth Cir. 1984).

Number of CORPORA FICTA Employee(s); 9 multiplied by 15 million = 135 million
Number of minutes held without a warrant 460,800 minutes multiplied by 1000 = 1.051 billion
Grand Total for False Imprisonment, court costs, aiding and abetting costs:
Payable only in Gold & Silver, is 1.186 billion.

### ARTICLE III, SECTION 3, CLAUSE 1

Treason against the United States, shall consist only in levying War against them, or in adhering to their Enemies, giving them Aid and Comfort. No Person shall be convicted of Treason unless on the
*Testimony of two Witnesses to the same overt Act, or*
*on Confession in open Court.*

# The confession on paper presented in court is the evidence required for the charge of treason.

**This is a suit to recover damages from ANY one WHO FAILS to prevent the deprivation of my rights** 28 § 1343

Amendment XI
The Judicial power of the United States shall not be construed to extend to any suit in law or equity, commenced or prosecuted against one of the United States by Citizens of another State, or by Citizens or Subjects of any *FOREIGN STATE*.

## I. INTRODUCTION

The Cheyenne Nation is not subject to the laws of the United States, but is a nation within a nation. They are protected from such intrusions into their laws by the 11th Amendment of the Amendments it the US Constitution. Any orders that were levied against Tomas James Rockroads III are void, and do not need to be declared so.

*Constitution Article. IV. Section. 4. The United States shall guarantee to every State in this Union a Republican Form of Government, **and shall protect each of them against INVASION; against domestic Violence.***

A voidable order is an order that must be declared void by a judge to be void; a void order is an order issued without jurisdiction by a judge and is void ab initio and does not have to be declared void by a judge to be void. ONLY AN INSPECTION OF THE RECORD OF THE CASE SHOWING THAT THE JUDGE WAS WITHOUT JURISDICTION OR VIOLATED A PERSON'S DUE PROCESS RIGHTS, or where fraud was involved in the attempted procurement of jurisdiction, is sufficient for an order to be void. Potenz Corp. v. Petrozzini, 170 Ill. App. 3d 617, 525 N.E. 2d 173, 175 (1988). In instances herein, the law has stated that the orders are void ab initio and not voidable because they are already void.

2. This civil action has not been tried by a lawful trial jury of my peers, who must be Cheyenne Indian's to be my peers;
a. I have been removed to a foreign state, illegally.

3. The civil servants associated with this matter have willfully participated in color of law deprivation of rights under color of law by failing to charge the criminals in this case, under claims of immunity and by failing to prevent or to aid in preventing any wrongs mentioned in section 1985 of Title 42 which they all had knowledge were about to occur, and had the power to prevent.

4. In accordance with the requirements of 28 U.S.C. § 1446(b) & 28 U.S.C § 1331 this Notice of Removal is filed within thirty (30) days of the date that the case was removed by the litigant, the service is in compliance with Rule 29 in accordance to Paper Reduction act 44 U.S.C. § 3501, of a copy of the initial pleading will be provided to the agents and principals, and said service on one is service on both. Service on the agent is service on the principal and service on the principal is service on the agent.

5. **Judges and court commissioners are public officers. They are not above the law; no one is above the law. People v. Martin, 135 Cal. App.3d 710 (1982), convicted (which was upheld in the appeal) and sentenced to State Prison the same as an ordinary citizen.**

## III. REMOVAL TO THE CHEYENNE NATION IS PROPER

6. Written notice of the filing of this Notice of Removal will be served providing that service on the principal is service on the agent, service on the agent is service on the principal. All evidence is hereby served in a timely fashion, to all principals, within the paper reduction act. All demands for inspections must be within 20 days of receipt of demand.

7. A true and correct copy of this Notice of Removal will be promptly filed with the CLERK OF THE CHEYENNE TRIBAL COURT, as required by law, and served on litigants, and as litigants become known to Thomas James Rockroads III.

**This is a suit to recover damages from ANY one WHO FAILS to prevent the deprivation of my rights** 28 § 1343

8. Thomas James Rockroads III, reserves the right to amend or supplement this Notice of Removal, and add litigants as they become known to him or the Cheyenne Nation.

9. All claims, counterclaims, crossclaims, or third-party claims must be within 20 days of service, following **Federal Rules of Civil Procedure, Rule 18.** A party asserting a claim, counterclaim, crossclaim, or third-party claim may join, as independent or alternative claims, as many claims as it has against an opposing party.

28 CH 85   Section 1343

## COURT COSTS are illegal.

## NO ATTAINDERS, NO EMOLUMENTS & NOTWITHSTANDING.
1. Any attempt to solicit, demand, or procure a bribe is instant impeachment by those who pretend to hold public office, including clerks of the court.

2. US Constitution Article. II. Section. 4. The President, Vice President and **all civil Officers of the United States,** shall be removed from Office on Impeachment for, and Conviction of, Treason, Bribery, or other high Crimes and Misdemeanors.

3. NOTWITHSTANDING. All state laws, all state codes, all federal code, and federal rules of civil procedure which conflict with the constitution are contrary and void; those things in the Constitution or Laws of any State to the Contrary notwithstanding. All laws which violate the constitution, enumerate our rights are likewise void, and NOTWITHSTANDING.

TITLE 28  PART IV  CHAPTER 85  § 1331. Federal question
The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, **OR TREATIES** of the United States.

> The United States Supreme Court has stated that "No State legislator or executive or judicial officer can war against the Constitution without violating his Undertaking to support it".
> http://supreme.justia.com/us/358/1/case.html

TITLE 28 > PART IV> CHAPTER 85 >  § 1343. Civil rights and elective franchise
(a) The district courts shall have original jurisdiction of **any civil action** authorized by law to be commenced by **any person**: To recover damages for injury to his person or property, or because of the deprivation of **any right** or privilege of a citizen of the United States, by **any** act done in furtherance of **any** conspiracy mentioned in section 1985 of Title 42; To recover damages from **any person** who fails to prevent or to aid in preventing **any wrongs** mentioned in section 1985 of Title 42 which he had knowledge were about to occur and *power to prevent;* To redress the deprivation, under color of **any State law**, statute, ordinance, regulation, custom or usage, of **any right**, privilege or immunity secured by the Constitution of the United States or by **any Act of Congress** providing for equal rights of citizens or of all persons within the jurisdiction of the United States; (4) To recover damages or to secure equitable or other relief under **any** Act of Congress providing for the protection of civil rights, including the right to vote.

**I have an unalienable right as "ANY PERSON" to bring a suit against and recover damages from ANY PERSON WHO FAILS to prevent the deprivation of my rights, cruel and unusual punishment, lack of jurisdiction, failure to get a grand jury indictment, torture, and genocide.**

**The states that receive federal funding must abide by federal law, and are deemed corum non judice.**
§ 8.1 state officials, receiving federal programs must abide by federal laws:
Home » Federal Practice Manual for Legal Aid Attorneys » Chapter 8: Limitations on Relief

**True bill for damages is 1.186 Billion.**

**This is a suit to recover damages from ANY one WHO FAILS to prevent the deprivation of my rights** 28 § 1343

8.1 Enforcing Federal Rights Against States and State Officials
Many federal programs, including cash assistance, medical insurance, food stamps, and housing, are implemented through grants to the states. The states are responsible for the administration of these programs and are required to operate them in compliance with federal law./1/ Beneficiaries may have a claim in federal court if a state violates a federal directive in the administration or denial of benefits.

**Judicial immunity to the law, it is fraud.**
**Any judge who knowingly continues to make judgments, in so doing is committing an act of treason in open court.**

Cooper Vs. Aaron. 358 U.S. 1 78 S.Ct. 1401 (1958). If a judge does not fully Comply with the Constitution, then his orders are void, in re Sawyer, 124 U.S. 200 (1888), he/she is Without jurisdiction, & he/she has engaged in an act or acts of TREASON.
U.S. Vs. Murphy, 768 F.2d 1518, 1531 (7th. Cir. 1985), 31 Judges were removed from the bench after a Federal Court Ordered an investigation, it was confirmed aiding & abetting from the inferior Courts to the Federal Court, violations at every level with no one reporting the crimes! The United States Supreme Court Acknowledged the judicial corruption, when it stated that there where many dishonest judges exposed & convicted through "Operation Greylord".

*Constitution Article. IV. Section. 2. The Citizens of each State shall be entitled to all Privileges and Immunities of Citizens in the several States. Section. 4. The United States shall guarantee to every State in this Union a Republican Form of Government, **and shall protect each of them against Invasion; against domestic Violence.***

TITLE 18 > PART I > CHAPTER 1 > § 3 Accessory after the fact
Whoever, knowing that an offense against the United States has been committed, receives, relieves, comforts or assists the offender in order to hinder or prevent his apprehension, trial or punishment, is an accessory after the fact. Except as otherwise expressly provided by any Act of Congress, an accessory after the fact shall be imprisoned not more than one-half the maximum term of imprisonment or (notwithstanding section 3571) fined not more than one-half the maximum fine prescribed for the punishment of the principal, or both; or if the principal is punishable by life imprisonment or death, the accessory shall be imprisoned not more than 15 years.

I am Cheyenne, and I am not subject to the laws of the United States, but the laws of my nation. I am not a bonded slave under the UCC, codes, which are been deemed corum non judice, without jurisdiction. I demand the monies, that are on my bond numbers, all past owed bonds be paid to me in gold and silver and allodial title to the land, which has been illegally confiscated by the UNITED STATES OF AMERICA, the state of MONTANA and the just compensation for the genocide and murder of my relatives by such corporations and instrumentalities thereof.

Federal Rules of Civil Procedure Rule 8. General Rules of Pleading
e) Pleading to be Concise and Direct; Consistency Each averment of a pleading shall be simple, concise, and direct. No technical forms of pleading or motions are required. (This document complies to the Cheyenne Nation's requirements.)
(f) Construction of Pleadings; All pleadings shall be so construed as to do substantial justice. (this means you have to show constitutional violations of your rights.)

There was no signed affidavit by an injured party.
My parents were not injured, by I was by the Corpora Ficta Employees.
Thomas James Rockroads III was held unlawfully for more than 2 years.
Thomas James Rockroads III must be justly compensated for his time taken from him, as time is money and

**True bill for damages is 1.186 Billion.**

**This is a suit to recover damages from ANY one WHO FAILS to prevent the deprivation of my rights** 28 § 1343

money is time. You can't buy one more minute of life, but you can pay for the minutes of life that were taken from Thomas James Rockroads III wherein he was held to answer without a grand jury indictment.
Thomas James Rockroads was also tortured, medically and by being tasered 3 times by unlawful combatants on a tribal member. He was subject to torture and use of a deadly weapon against his person.
This must be heard before a grand jury unless for the impeachment of the officer.

| # | NAME / SIGNATURE | Role | Date |
|---|---|---|---|
| 1 | Thomas Rockroads, JR | Father of Thomas James Rockroads III | 1-19-16 |
| 2 | Charlotte Rockroads | Mother of Thomas James Rockroads III | 1-19-16 |
| 3 | Tim Lawrence | Chief Justice of the Cheyenne Nation. | 1-19-16 |
| 4 | Robert J. Little Wolf | Justice of the Cheyenne Nation. | 1-19-16 |
| 5 | Rose Backer | Justice of the Cheyenne Nation. | 1-19-16 |
| 6 | Kristina Quaempts | Justice of the Cheyenne Nation. | 1-19-16 |
| 7 | J. Adela Ignacio | Justice of the Cheyenne Nation. | 1-19-16 |
| 8 | Leroy Pine | Justice of the Cheyenne Nation. | 1-19-16 |
| 9 | Kenneth Medicine Bull | Justice of the Cheyenne Nation. | 1-19-16 |
| 10 | Anna Crow | Justice of the Cheyenne Nation. | 1-19-16 |
| 11 | Ruby James | Justice of the Cheyenne Nation. | 1-19-16 |
| 12 | PJ Stewart | Attorney General of the Cheyenne Nation. | 1-19-16 |

**True bill for damages is 1.186 Billion.**

**This is a suit to recover damages from ANY one WHO FAILS to prevent the deprivation of my rights** 28 § 1343

I the clerk of the Cheyenne Court do acknowledge that I have received this notices by the court of the Cheyenne Nation that the case is rightfully removed to the Cheyenne Nation. The United States of America, its actors and agents and instrumentalities have NEVER had jurisdiction over a Cheyenne, our land and our birthrights, as a nation. Lawlessness is no excuse for continued piracy.

| NAME  ANTOINETTE KENVOUHN | Clerk of the court of the Cheyenne Nation. |
|---|---|
| SIGNATURE  Antoinette RedStoman | Date: Jan. 19, 2016 |

**True bill for damages is 1.186 Billion.**